UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. MJ 07-556 |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| ALEXANDER CALVIN REEDUS, | ) | |
| Defendant. | ) | |

<u>Offense charged</u>:

Felon in Possession of Firearm

<u>Date of Detention Hearing</u>:    Initial Appearance: December 27, 2007

The court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of any other person and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1)    Defendant has an extensive criminal record, including convictions for rape, minor

DETENTION ORDER                                                                                                            15.13
18 U.S.C. § 3142(i)                                                                                                        Rev. 1/91
PAGE 1

01 in possession and obstructing law enforcement, failure to register as a sex/kidnaping offender, theft
02 second degree, theft third degree, and forgery.

03     (2)    His record reflects nine failures to appear, and other failures to comply with court
04 orders.

05     (3)    The complaint presents evidence that defendant had possessed a stolen firearm, and
06 had sold it to a confidential source.

07     (4)    Based upon defendant's statements to the pretrial services officer, he has recently
08 used illegal substances.

09     (5)    Although he has been living with his girlfriend in her apartment, his girlfriend now
10 says he can no longer live there.

11 It is therefore ORDERED:

12     (1)    Defendant shall be detained pending trial and committed to the custody of the
13     Attorney General for confinement in a corrections facility separate, to the extent
14     practicable, from persons awaiting or serving sentences or being held in custody
15     pending appeal;

16     (2)    Defendant shall be afforded reasonable opportunity for private consultation with
17     counsel;

18     (3)    On order of a court of the United States or on request of an attorney for the
19     Government, the person in charge of the corrections facility in which defendant is
20     confined shall deliver the defendant to a United States Marshal for the purpose of
21     an appearance in connection with a court proceeding; and

22     (4)    The clerk shall direct copies of this order to counsel for the United States, to

DETENTION ORDER     15.13
18 U.S.C. § 3142(i)     Rev. 1/91
PAGE 2

Case 2:07-mj-00556-MAT   Document 9   Filed 12/27/07   Page 3 of 3

01 counsel for the defendant, to the United States Marshal, and to the United States

02 Pretrial Services Officer.

03 DATED this 27th day of December, 2007.

04

05 _____
John L. Weinberg

06 United States Magistrate Judge